

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

No. 07-21-00106-CR

---

**THE STATE OF TEXAS, APPELLANT**

**V.**

**IAN BILBREY, APPELLEE**

---

On Appeal from the 286th District Court
Hockley County, Texas
Trial Court No. 21-02-9981, Honorable Pat Phelan, Presiding

---

October 26, 2021

## MEMORANDUM OPINION

Before QUINN, C.J., and PARKER and DOSS, JJ.

The State of Texas appeals from the trial court's order granting the motion to suppress of Appellee, Ian Bilbrey. Now pending before this Court is the State's motion to voluntarily dismiss the appeal. The motion is signed by the district attorney. *See* TEX. R. APP. P. 42.2(a). As no decision of the Court has been delivered, the motion is granted

and the appeal is dismissed.[1]  No motion for rehearing will be entertained and our mandate will issue forthwith.

Per Curiam

Do not publish.

---

[1] Appellee's pending motion for an extension of time to file a brief is rendered moot.